# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **J. R.** | |
| _Plaintiff_ | Civil Action No.: |
| v. | **1:26–CV–12303–DJC** |
| **SCHOOL COMMITTEE OF GLOUCESTER, ET AL.** | |
| _Defendant_ | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> **Holly Gagnon**
> 2 Blackburn Drive
> Gloucester, MA 01930

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Randazza Legal Group, PLLC**
> **30 Western Avenue**
> **Gloucester, MA 01930**
> **ecf@randazza.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

_CLERK OF COURT_

/s/ – Erika Z Gutierrez

_Signature of Clerk or Deputy Clerk_



**ISSUED ON 2026–05–20 15:32:17**, Clerk USDC DMA

Case 1:26-cv-12303-DJC    Document 3    Filed 05/20/26    Page 2 of 2

Civil Action No.: **1:26–CV–12303–DJC**

### PROOF OF SERVICE

#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Holly GAgNow_

was received by me on (date) _MAy 22, 2026_.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☑ I left the summons at the individual's residence or usual place of abode with (name) _BRittANy Holmes_

_Executive Assistant_ , a person of suitable age and discretion who resides there,

on (date) _MAy 22, 2026_ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _35.00_ for travel and $_____ for services, for a total of $_35.00_ .

I declare under penalty of perjury that this information is true.


_MAy 22, 2026_
Date

_Wilfred Suozzo_
Server's Signature

_Wilfred P. Suozzo - Disinterested Person_
Printed name and title

_6 BRiARwood Ave. Peabody MA 01960_
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **J. R.** | |
| _Plaintiff_ | Civil Action No.: |
| v. | **1:26–CV–12303–DJC** |
| **SCHOOL COMMITTEE OF GLOUCESTER, ET AL.** | |
| _Defendant_ | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

**Kali Martin**
2 Blackburn Drive
Gloucester, MA 01930

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Randazza Legal Group, PLLC**
**30 Western Avenue**
**Gloucester, MA 01930**
**ecf@randazza.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

_CLERK OF COURT_

**/s/ – Erika Z Gutierrez**

_Signature of Clerk or Deputy Clerk_

**ISSUED ON 2026–05–20 15:32:17**, Clerk USDC DMA

Civil Action No.: **1:26–CV–12303–DJC**

### PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) _Kali Vlastin_

was received by me on (date) _May 22, 2026_

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☑ I left the summons at the individual's residence or usual place of abode with (name) _Brittany Holmes_
_Executive Assistant_ , a person of suitable age and discretion who resides there,

on (date) _May 22, 2026_ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _35.⁰⁰_ for travel and $ _____ for services, for a total of $ _35.⁰⁰_ .

I declare under penalty of perjury that this information is true.

_May 22, 2026_
Date

_Wilbur Riozzo_
Server's Signature

_Wilfred P. Suozzo - Disinterested Person_
Printed name and title

_6 Briarwood Ave. Peabody, MA 01960_
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **J. R.** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:26−CV−12303−DJC** |
| **SCHOOL COMMITTEE OF GLOUCESTER, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**School Committee of Gloucester**
2 Blackburn Drive
Gloucester, MA 01930

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Randazza Legal Group, PLLC**
**30 Western Avenue**
**Gloucester, MA 01930**
**ecf@randazza.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Erika Z Gutierrez

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026−05−20 15:32:17**, Clerk USDC DMA

Civil Action No.: **1:26–CV–12303–DJC**

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) School Committee of Gloucester

was received by me on (date) MAY 22, 2026

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☑ I left the summons at the individual's residence or usual place of abode with (name) Brittany Holmes Executive Assistant, a person of suitable age and discretion who resides there,

on (date) MAY 22, 2026 , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ 35.⁰⁰ for travel and $ _____ for services, for a total of $ 35.⁰⁰ .

I declare under penalty of perjury that this information is true.

-May 22, 2026
_____
Date

_____
Server's Signature

Wilfred P. Cuozzo - Disinterested Person
Printed name and title

6 Birchwood Ave. Peabody, MA 01960
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **J. R.** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:26–CV–12303–DJC** |
| **SCHOOL COMMITTEE OF GLOUCESTER, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Jaclyn Simoes**
2 Blackburn Drive
Gloucester, MA 01930

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Randazza Legal Group, PLLC**
**30 Western Avenue**
**Gloucester, MA 01930**
**ecf@randazza.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Erika Z Gutierrez**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026–05–20 15:32:17**, Clerk USDC DMA

Civil Action No.: **1:26–CV–12303–DJC**

### PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) Jaclyn Simoes

was received by me on (date) MAY 22, 2026

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☑ I left the summons at the individual's residence or usual place of abode with (name) Brittany Holmes Executive Assistant , a person of suitable age and discretion who resides there,

on (date) MAY 22, 2026 , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ 35.00 for travel and $ _____ for services, for a total of $ 35.00 .

I declare under penalty of perjury that this information is true.

MAY 22, 2026
Date

_____
Server's Signature

Wilfred P. Suozzo - Disinterested Person
Printed name and title

6 Briarwood Ave. Peabody, MA 01960
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **J. R.** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:26–CV–12303–DJC** |
| **SCHOOL COMMITTEE OF GLOUCESTER, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **Samantha van Beever**
> 2 Blackburn Drive
> Gloucester, MA 01930

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Randazza Legal Group, PLLC**
> **30 Western Avenue**
> **Gloucester, MA 01930**
> **ecf@randazza.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Erika Z Gutierrez**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026–05–20 15:32:17**, Clerk USDC DMA

Civil Action No.:  **1:26–CV–12303–DJC**

### PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for (name of individual and title, if any) _SAMANTHA VAN Beever_

was received by me on (date)_MAY 22, 2026_

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☑ I left the summons at the individual's residence or usual place of abode with (name) _BRITTANY Holmes_ _Executive Assistant_ , a person of suitable age and discretion who resides there,

on (date)_MAY 22, 2026_ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _35.00_ for travel and $ _____ for services, for a total of $_35.00_ .

I declare under penalty of perjury that this information is true.

_MAY 22, 2026_
Date

_____
Server's Signature

_Wilfred P. Swozz - Disintered Person_
Printed name and title

_6 Brittrusoon Ave Peabody MA_
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **J. R.** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:26–CV–12303–DJC** |
| **SCHOOL COMMITTEE OF GLOUCESTER, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Patti Bernheart**
2 Blackburn Drive
Gloucester, MA 01930

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Randazza Legal Group, PLLC**
**30 Western Avenue**
**Gloucester, MA 01930**
**ecf@randazza.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Erika Z Gutierrez

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026–05–20 15:32:17**, Clerk USDC DMA

Civil Action No.: **1:26–CV–12303–DJC**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) Patti Bernheart

was received by me on (date) MAY 12, 2026 .

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☑ I left the summons at the individual's residence or usual place of abode with (name) Brittany Holmes
Executive Assistant , a person of suitable age and discretion who resides there,

on (date) MAY 12 2026 , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ 35.00 for travel and $_____ for services, for a total of $ 35.00 .

I declare under penalty of perjury that this information is true.


_____              _____
Date                                        Server's Signature

Wilfred P Suozzo – Disinterested Person
Printed name and title

6 Briarwood Ave. Peabody. MA 01960
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **J. R.** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:26–CV–12303–DJC** |
| **SCHOOL COMMITTEE OF GLOUCESTER, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Telena Imel**
2 Blackburn Drive
Gloucester, MA 01930

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Randazza Legal Group, PLLC**
**30 Western Avenue**
**Gloucester, MA 01930**
**ecf@randazza.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Erika Z Gutierrez

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026–05–20 15:32:17**, Clerk USDC DMA

Civil Action No.: **1:26–CV–12303–DJC**

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Jelena Imel_

was received by me on (date) _MAy 22, 2026._

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☑ I left the summons at the individual's residence or usual place of abode with (name) _BRITTANy Holmes_ _Executive Assistant_, a person of suitable age and discretion who resides there,

on (date) _MAy 22, 2026_ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _35.00_ for travel and $ _____ for services, for a total of $ _35.00_ .

I declare under penalty of perjury that this information is true.

_____          _____
Date                                Server's Signature

_Wilfred P Suozzo . Disinterested Person_
Printed name and title

_6 Briarwood Ave. Peabody, MA 01960_
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **J. R.** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:26–CV–12303–DJC** |
| **SCHOOL COMMITTEE OF GLOUCESTER, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Michael Jarvis**
2 Blackburn Drive
Gloucester, MA 01930

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Randazza Legal Group, PLLC**
**30 Western Avenue**
**Gloucester, MA 01930**
**ecf@randazza.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Erika Z Gutierrez**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026–05–20 15:32:17**, Clerk USDC DMA

Civil Action No.: **1:26–CV–12303–DJC**

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for (name of individual and title, if any) Michael Jarvis

was received by me on (date) MAy 22, 2026.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☑ I left the summons at the individual's residence or usual place of abode with (name) Brittany Holmes
Executive Assistant , a person of suitable age and discretion who resides there,

on (date) MAy 22, 2026 , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ 35.00 for travel and $_____ for services, for a total of $ 35.00 .

I declare under penalty of perjury that this information is true.

_____          _____
Date                              Server's Signature

Wilfred P. Suozzo · Disinterested Person
Printed name and title

6 Briarwood Av. Peabody MA 01960
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

_____

J. R.

*Plaintiff*

v.

_____

SCHOOL COMMITTEE OF GLOUCESTER, ET AL.

*Defendant*

Civil Action No.:
**1:26–CV–12303–DJC**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Ben Lummis**
2 Blackburn Drive
Gloucester, MA 01930

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Randazza Legal Group, PLLC**
**30 Western Avenue**
**Gloucester, MA 01930**
**ecf@randazza.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
_____

*CLERK OF COURT*

**/s/ – Erika Z Gutierrez**
_____

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026–05–20 15:32:17**, Clerk USDC DMA

Civil Action No.: **1:26–CV–12303–DJC**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Bao Lummis_

was received by me on (date) _MAY 22, 2026_.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☑ I left the summons at the individual's residence or usual place of abode with (name) _Brittany Holmes Executive Assistant_, a person of suitable age and discretion who resides there,

on (date) _MAY 22, 2026_, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _35.00_ for travel and $ _____ for services, for a total of $ _35.00_ .

I declare under penalty of perjury that this information is true.

_____          _____
            Date                            *Server's Signature*

_Wilfred P. Suozzo - Disinterested Person_
            *Printed name and title*

_6 Briarwood Pl. Peabody, MA 01960_
            *Server's Address*

Additional information regarding attempted service, etc: