**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| J.R., a/k/a "Jojo" a minor, by and through his parents and next friends Scott Rodgers and Olivia Rodgers,<br><br>Plaintiff,<br><br>v.<br><br>SCHOOL COMMITTEE OF GLOUCESTER, et al.<br><br>Defendants. | Civil Action No. 1:26-cv-12303 |

**REPORT OF RULE 26(f) CONFERENCE AND PROPOSED DISCOVERY PLAN**

In accordance with Federal Rule of Civil Procedure 26(f) counsel for Plaintiff J.R., a/k/a "Jojo" a minor, by and through his parents and next friends Scott Rodgers and Olivia Rodgers, and Defendants School Committee of Gloucester, Ben Lummis, Patti Bernheart, Telena Imel, Kali Martin, Samantha van Beever, Michael Jarvis, and Holly Gagnon spoke on **Thursday, October 15, 2026** and exchanged communications thereafter, and submit the following report of their meeting for the Court's consideration:

**(A) what changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.**

The Parties do not anticipate the need to change the timing, form, or requirement for disclosures under Rule 26(a). The Parties will produce their Initial Disclosures within 14 days of the filing of this Report of Rule 26(f) Conference and Proposed Discovery Plan.

**(B) the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues;**

***Subjects of Discovery:*** The Parties anticipate that discovery will be required regarding liability, causation, and damages.

***Discovery Completion:*** The Parties propose the following discovery schedule:

| | |
|---|---|
| Fact Discovery Deadline | September 28, 2027 |
| Expert Disclosure and Report Deadline | November 15, 2027 |
| Rebuttal Expert Disclosure and Report | January 14, 2028 |
| Expert Discovery Deadline | March 14, 2028 |
| Dispositive Motion Deadline | April 14, 2028 |
| *Daubert* Motion Deadline | April 14, 2028 |
| Trial | The Parties propose that the Court set the trial in this matter for July 2028. |

***Discovery Limitations:*** The Parties do not anticipate the need for conducting limited discovery.

**(C) any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;**

The Parties do not anticipate any issues at this time. If any such issues arise, the parties will seek to resolve these issues amicably prior to seeking judicial intervention. Electronically stored information should be produced in its native format as well as in word searchable PDF format.

**(D) any issues about claims of privilege or of protection as trial-preparation materials, including the timing and method for complying with Rule 26(b)(5)(A) and—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502;**

The Parties anticipate preparing and submitting a proposed protective order for this Court's approval. The basis for the protective order is to ensure the confidentiality of any materials protected under the Family Educational Rights and Privacy Act ("FERPA"), *see* 20 U.S.C. 1232(g) and relevant state statutory provisions protecting the privacy and confidentiality of student records. Additionally, the proposed protective order will ensure the confidentiality and privacy rights of non-party minor students. The Parties will submit a proposed protective order within 14 days of filing this Report of Rule 26(f) Conference and Proposed Discovery Plan. The Parties do not anticipate any other issues about claims of privilege or of protection as trial-preparation materials at this time. The Parties agree to comply with the requirements set forth in Rule 26(b)(5)(A). If any such need arises, the Parties will promptly notify the Court.

**(E) what changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and**

The Parties do not anticipate the need for any changes that should be made in the limitations on discovery at this time. If any such need arises, the Parties will promptly notify the Court.

**(F) any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

The parties do not anticipate any other orders that the Court should issue under Rule 26(c) or under Rule 16(b) and (c) at this time. If any such need arises, the Parties will promptly notify the Court.

Respectfully submitted,

*/s/ Justin S. Abbarno*
Justin S. Abbarno, Admitted *pro hac vice*
Robert F DiCello, Admitted *pro hac vice*
Kenneth P. Abbarno, Admitted *pro hac vice*
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Tel.: (440) 953-8888
Fax: (440) 953-9138
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
jabbarno@dicellolevitt.com

Greg G. Gutzler, Admitted *pro hac vice*
Madeline Harding, Admitted *pro hac vice* c
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648
ggutzler@dicellolevitt.com
mharding@dicellolevitt.com

Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

***Counsel for Plaintiff***

*/s/ Matthew J. Hamel (by consent)*
Adam Simms, BBO #632617
Matthew J. Hamel, BBO #706146
**PIERCE DAVIS & PERRITANO LLP**
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
asimms@piercedavis.com
mhamel@piercedavis.com

***Counsel for Defendants School Committee of Gloucester, Ben Lummis, Patti Bernheart, Telena Imel, Kali Martin, Samantha van Beever, Michael Jarvis, and Holly Gagnon***

**CERIFICATE OF SERVICE**

I certify that on October 13, 2026, I caused the foregoing Joint Status Report to be filed through the Court's CM/ECF system, which will provide notice to all counsel of record.

Dated: October 16, 2026

Respectfully submitted,

*/s/ Justin S. Abbarno*
Justin S. Abbarno